UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES EDWARD SCHMIDT,

        Plaintiff,                  Case No. 1:11-cv-1133

v.                                      Honorable Paul L. Maloney

ROBERT E. PARKER et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. § 1915(e).

Dated: December 6, 2011                /s/ Paul L. Maloney
                                                  Paul L. Maloney
                                                  Chief United States District Judge