UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES EDWARD SCHMIDT,

                Plaintiff,               Case No. 1:11-cv-1133

v.                                   Honorable Paul L. Maloney

ROBERT E. PARKER et al.,

                Defendants.

_____/

**<u>JUDGMENT</u>**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for

failure to state a claim pursuant to 28 U.S.C. § 1915(e).

Dated: <u>December 6, 2011</u>          <u>/s/ Paul L. Maloney</u>
                                    Paul L. Maloney
                                    Chief United States District Judge